EXHIBIT
B



COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2020CI13531

**Name:**

**Date Filed** : 7/24/2020

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 225

**Docket Type** : INSURANCE

**Business Name** : 2020CI13531

**Style** : VA ELECTRICAL CONTRACTORS LLC

**Style (2)** : vs NATIONAL TRUST INSURANCE COMPANY ET L

8/25/2020                    https://search.bexar.org/Case/CaseDetail?r=ed43b794-afb9-42a2-912f-7e83e9c92e4c&cs=2020ci13531&ct=&=&full=y&p=2_2020CI13531 DC0000100000

# Case History

*Currently viewing all records*

| Sequence | Date Filed | Description |
| --- | --- | --- |
| P00005 | 8/18/2020 | RETURN OF SERVICE OF<br>CHARLES STREET |
| P00004 | 8/13/2020 | RETURN OF SERVICE OF<br>NATIONAL TRUST INSURANCE COMPANY C/O REGISTERED AGENT REGISTERED AGENT SOLUTIONS |
| S00002 | 8/6/2020 | CITATION<br>CHARLES STREET<br>ISSUED: 8/6/2020 |
| S00001 | 8/6/2020 | CITATION<br>NATIONAL TRUST INSURANCE COMPANY<br>ISSUED: 8/6/2020 |
| P00003 | 7/29/2020 | REQUEST FOR SERVICE AND PROCESS |
| P00002 | 7/24/2020 | PETITION |
| P00001 | 7/24/2020 | SERVICE ASSIGNED TO CLERK 1 |

https://search.bexar.org/Case/CaseDetail?r=ed43b794-afb9-42a2-912f-7e83e9c92e4c&cs=2020ci13531&ct=&=&full=y&p=2_2020CI13531 DC0000100000